**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000399
20-DEC-2024
08:13 AM
Dkt. 32 OAWST**

NO. CAAP-24-0000399

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON TRUST NATIONAL ASSOCIATION,
AS SUCCESSOR TRUSTEE TO CITIBANK, N.A.,
AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST SERIES 2007-3,
Plaintiff-Appellee, v.
JAROSLAW KARPUSIEWICZ; BEATA KARPUSIEWICZ,
Defendants/Crossclaim Defendants-Appellants, and
MIDLAND FUNDING LLC, Defendant-Appellee, and
ASSOCIATION OF APARTMENT-COTTAGE OWNERS OF NIHI GARDENS,
Defendant/Crossclaimant-Appellee;
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 2-20; and DOE GOVERNMENTAL UNITS 1-20,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC171001385)

ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice (Stipulation), filed December 5, 2024, by Plaintiff-Appellee Wilmington Trust National Association, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own

attorneys' fees and costs on appeal; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, December 20, 2024.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge